THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Donniel Woods, Appellant.
 
 
 

Appeal From Clarendon County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2011-UP-487
 Submitted October 1, 2011  Filed October
31, 2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Ernest A. Finney, III, of Sumter, for
 Respondent. 
 
 
 

PER CURIAM: Donniel Woods appeals his convictions for first-degree
 criminal sexual conduct, kidnapping, and strong armed robbery, arguing the
 trial court erred in refusing to allow Woods to impeach the victim with a prior
 bad act. After a thorough
 review of the record, counsel's brief, and Woods's pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1]  the appeal and grant
 counsel's motion to be relieved. 
APPEAL DISMISSED.  
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.